## Case No. 7,440.

### JOLLY v. RANKIN.

[1 Cranch, C. C. 372.] [1]

Circuit Court, District of Columbia. Dec. Term, 1806.

The plaintiff's affidavit was that a certain sum, charged as the balance, "is just and true, to the best of his knowledge and belief." *Held* not sufficient to hold to bail—(nem. con.).